IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY W. MIKKELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 02-2056-EJM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's resisted Motion for Attorney Fees pursuant to 42 U.S.C. §406(b)(1), filed August 30, 2006. Granted.

On September 26, 2003, the court reversed and remanded this matter for further consideration. On July 17, 2006, plaintiff received a notice of award from the Commissioner of Social Security that past due benefits would be paid in the amount of $125,765.00. Plaintiff's counsel now seeks an award of $31,445.25 pursuant to 42 U.S.C. §406(b)(1), subject to an offset of $4,500.00 for fees previously awarded pursuant to 28 U.S.C. §2412(d).

Upon review of the record and the applicable law, the court concludes the motion should be granted.

It is therefore

ORDERED

Granted. Plaintiff's counsel is awarded $31,441.25 in attorney fees pursuant to 42 U.S.C. §406(b)(1). Plaintiff's counsel shall refund to plaintiff the $4,500.00 previously awarded pursuant to 28 U.S.C. §2412(d).

October 12, 2006.

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT